IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TOBY HERNANDEZ RODRIGUEZ,<br><br>Defendant. | CR 17-74-BLG-SPW<br><br>ORDER |

Upon the Court's own Motion,

IT IS HEREBY ORDERED that the Change of Plea Hearing set for Friday, June 22, 2018 at 3:30 p.m. is **VACATED** and **RESET** for **Friday, June 22, 2018 at 10:30 a.m., changing the time of the hearing only**, at which time the court will consider his motion to change his plea of not guilty to a plea of guilty.

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 18th day of June, 2018.

Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1