IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
SEP 18 2018
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-74-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| TOBY HERNANDEZ RODRIGUEZ, | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Thursday, October 18, 2018 at 2:30 p.m., is **VACATED** and reset to commence on **Friday, October 19, 2018 at 2:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 17th day of September, 2018.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1