
FILED
OCT 2 3 2018
Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **TOBY HERNANDEZ RODRIGUEZ,** Defendant. | CR 17-74-BLG-SPW **ORDER** |

The United States has filed an Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 31). For good cause being shown,

IT IS HEREBY ORDERED, that the forfeiture action in the above-captioned case is **DISMISSED with prejudice**.

DATED this 23rd day of October, 2018.

SUSAN P. WATTERS
United States District Court Judge

1