# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **TOBY HERNANDEZ RODRIGUEZ,** <br><br> **Defendant.** | **CR 17-74-BLG-SPW** <br><br> **ORDER** |

Pending before the Court is the Defendant's Unopposed Motion to Continue Revocation Hearing (Doc. 48) for the reason Defendant has another case, CR-24-134-BLG-SPW, pending with this Court. In order for the revocation hearing to coincide with Mr. Rodriguez's case, CR-24-134-BLG-SPW,

**IT IS HEREBY ORDERED** that the revocation hearing currently set for Wednesday, November 20, 2024, at 10:30 a.m., is **VACATED.**

1

**IT IS FURTHER ORDERED** that the revocation proceedings are **STAYED** until the resolution of CR 24-134-BLG-SPW, at which time the revocation hearing will be rescheduled.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 14th day of November, 2024.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge